

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLM:JHK/BB                                  *271 Cadman Plaza*
F.#2006R00688                               *Brooklyn, New York 11201*


April 10, 2008


**By ECF and Hand Delivery**

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:  United States v. Russell Defreitas et al.
                 Criminal Docket No. 07-543 (DLI)

Dear Judge Irizarry:

        Enclosed please find a proposed unclassified protective
order relating to the government's CIPA motion.  Because the
enclosed protective order does not contain any classified
information, should the Court choose to sign it, the order may be
entered into the public record.


                            Respectfully submitted,

                            BENTON J. CAMPBELL
                            United States Attorney


                    By:   /s/ Marshall L. Miller
                          Marshall L. Miller
                          Jeffrey Knox
                          Berit Berger
                          Assistant U.S. Attorneys
                          (718) 254-6421/7581/6134


cc:  Andrew Carter, Esq. (by ECF and interoffice mail)