KTC:MLM/JHK/BB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

RUSSELL DEFREITAS,

           Defendant.

- - - - - - - - - - - - - - - - - -X

PROTECTIVE ORDER PURSUANT
TO CIPA § 4 AND FEDERAL
RULE OF CRIMINAL PROCEDURE
16(d)(1)

07 CR 543 (DLI)

Upon consideration of the motion of the United States of America, filed in camera, ex parte and under seal, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3, and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, for a Protective Order governing the disclosure of classified documents in discovery, the Court hereby makes the following findings:

1.   On June 28, 2007, a grand jury in the Eastern District of New York returned an Indictment charging the defendants Russell Defreitas, Kareem Ibrahim, Abdul Kadir and Abdel Nur with violations of 18 U.S.C. § 2332f, 18 U.S.C. § 844, 18 U.S.C. § 32, 18 U.S.C. § 37, 18 U.S.C. § 1992(a)(10) and 18 U.S.C. § 1992(a)(8).

2.   The government has in its possession certain

2

classified information, about which the government submitted a CIPA motion on March 31, 2008 (the "CIPA motion").

3.    The government has conducted a review of the classified material identified in the CIPA motion, to ensure compliance with its discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

4.    At ex parte, in camera conferences held on March 31, 2008 and April 7, 2008, pursuant to Section 4 of CIPA, the government presented the Court with the results of its review, including some original, classified materials, as well as proposed unclassified summaries of potentially discoverable material contained therein.

5.    Apart from the information contained in the unclassified summaries, none of the information in the classified materials viewed by the Court is relevant and helpful to any defense of the defendant Russell Defreitas.

Based on the foregoing, the Court finds as follows:

1.    The government has made a sufficient formal claim of privilege regarding the classified materials.

2.    The unclassified summaries are a sufficient substitute for the original classified materials viewed by the Court, as the summaries fairly and completely convey all the

3

relevant elements of the potentially discoverable information.

   3.   Other than the unclassified summaries, the classified materials viewed by the Court contain no information that is both relevant and helpful to a defense against the crimes with which Russell Defreitas is charged in the indictment.

   4.   In light of the foregoing, the Court need not balance the government's national security interest against a non-existent defense interest in access to the classified materials viewed by the Court.  However, even if such a balancing were required, the Court concludes that the government's compelling interest in protecting the secrecy of information important to national security outweighs any defense interest in the classified materials.

   Accordingly, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1),

   IT IS ORDERED that the government is hereby authorized to produce the unclassified summaries of the classified materials viewed by the Court to comply with its discovery obligations;

   IT IS FURTHER ORDERED that the government is hereby authorized to withhold from production to the defense the original classified materials viewed by the Court;

   IT IS FURTHER ORDERED that the government's motion and

4

its attachments, as well as a classified Protective Order entered by the Court on April 7, 2008, shall be sealed and preserved in the records of the Court, to be made available in the event of an appeal; and

IT IS FURTHER ORDERED that the government retain copies of the CIPA motion, the supporting documents, and the classified materials viewed by the Court, in a manner that preserves the integrity of and safeguards said documents and materials unless and until otherwise ORDERED by the Court.

SO ORDERED.

Dated:    Brooklyn, New York
          April        , 2008

_____
THE HONORABLE DORA L. IRIZARRY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK