## CRIMINAL CAUSE FOR JURY SELECTION

Before: **DORA L. IRIZARRY, U.S.D.J.**　　　Date: **June 14, 2010**

Docket Number: **07-CR-543**　　　Duration: **6:00**

Defendant: **RUSSELL DEFREITAS** #1 (present; in custody)
Attorney(s): MILDRED WHALEN and LEN KAMDANG (Federal Defenders) with Julia Howe (jury consultant)

Defendant: **ABDUL KADIR** #3 (present; in custody)
Attorney(s): KAFAHNI NKRUMAH (CJA) and TONI MESSINA with paralegal Bryce Therrien

Defendant: **ADBDEL NUR** #4 (present; in custody)
Attorney(s): DANIEL NOBLE (CJA) and DORIC SAM

A.U.S.A.: BERIT BERGER, ZAINAB AHMA, JASON JONES & MARSHALL MILLER

Court Reporter: SHELDON SILVERMAN　　　Deputy Clerk: CHRISTY CAROSELLA

- Voir dire of individual jurors begins.
- Voir dire to continue on June 15, 2010 at 10:00 am. Jurors are returning at 9:30 am.