# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Eastern District
Peter Kirchheimer
*Attorney-in-Charge*

September 28, 2011

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Received
in Chambers of
U.S. District Judge
DORA L. IRIZARRY

SEP 29 2011

**Re:  United States v. Russell DeFreitas**
      **07 Cr. 543 (DLI)**

Your Honor:

This office has been assigned by the Court of Appeals to represent Mr. DeFreitas on his appeal. Mr. DeFreitas was found guilty after trial, and was sentenced to a term of life imprisonment, and a special assessment of $600. He was represented by Mildred Whalen.

In the process of reading the transcripts for the appeal, we noticed that six pages of the *Curcio* hearing that was held on May 19, 2010, were sealed. The sealed pages are pages 21 through 27. The court reporter, Lisa Schmid, has informed us that we have to request an order to have that portion of the transcript unsealed.

Obtaining a complete record of the district court proceedings is necessary to permit us to decide what issues are available to raise on appeal and to properly inform our client about those issues. Accordingly, we respectfully request that the Court unseal the record for the purpose of permitting this office to obtain a transcript for use on appeal.

Thank you for considering this request.

Respectfully,

*Darrell Fields*
**DARRELL B. FIELDS**
Assistant Federal Defender

**SO ORDERED:**

S/ Dora L. Irizarry

**HONORABLE DORA L. IRIZARRY**
**UNITED STATES DISTRICT JUDGE**