

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMH
F. #2006R00688

271 Cadman Plaza East
Brooklyn, New York 11201

March 12, 2021

By ECF and By Hand

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Russell Defreitas
     Criminal Docket No. 07-543 (DLI)

Dear Judge Irizarry:

  The government respectfully submits this letter to update the Court concerning the above-referenced defendant's pending application for compassionate release. See ECF Nos. 738 (defendant's motion), 739 (government's opposition), 740 (defendant's reply brief). Based upon records recently received from the Bureau of Prisons, the government understands that the defendant has been vaccinated against COVID-19. He received the first of two shots on February 10, 2021, and the second on March 3, 2021.

  The government maintains that the defendant's application for compassionate release should be denied.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

        By: /s/ J. Matthew Haggans
           J. Matthew Haggans
           Assistant U.S. Attorney
           (718) 254-6127

cc: Clerk of Court (DLI) (By ECF)
   Counsel of Record (By ECF)